# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TRACY BATTLE,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:09-CV-00509-RDP |
| **ASSOCIATED CREDITORS EXCHANGE, INC.,** | } |
| **Defendant.** | } |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal (Doc. #11) filed by the parties herein on May 13, 2009, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses and attorney's fees.

**DONE** and **ORDERED** this  13th  day of May, 2009.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE